

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-16-00338-CV

Style:          Artis Charles Harrell

          **v**. Jerome Godinich, Jr.

Date motion filed:          October 13, 2016

Type of motion:          Motion for an Order for the District Clerk to Provide a Complete Copy of the Certified

          Clerk's Record on Appeal to the Appellant without Charge

Party filing motion:          Appellant

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:

    Original due date:

    Number of previous extensions granted:          Current Due date:

    Date Requested:

Ordered that motion is:

☐      Granted

      If document is to be filed, document due:

      ☐     Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐  Denied

☑  Dismissed (moot)

☐     Other: _____

  On October 11, 2016, the Court granted appellant's previously filed motion requesting that the district court clerk provide him a copy of the clerk's record. Appellant has received a copy of the clerk's record filed in this appeal. Accordingly, appellant's motion, filed on October 13, 2016, is dismissed as moot.

Judge's signature:   /s/ Terry Jennings
         ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:  November 8, 2016

November 7, 2008 Revision